■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS M. GRUBBS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated December 16, 1957, which denied without a hearing his application to vacate a judgment of said court, rendered July 12, 1955 after a jury trial, convicting him of burglary in the third degree, and imposing sentence upon him as a second felony offender. The judgment of conviction was previously affirmed by this court (1 A D 2d 1035, mot. for lv. to app. to Court of Appeals den. FULD, J., Oct. 31, 1956). Order

affirmed. No opinion. (For prior appeal, affirming order on a subsequent *coram nobis* application, see 13 A D 2d 537; for related appeal, see 8 A D 2d 909.) Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.